IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LUCAS CRANOR, | : | Case No. 1:23-cv-724 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| MEDUS, INC., | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

This matter is before the Court following counsel's notification of an agreed resolution. Accordingly, the Court hereby **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown, move to reopen the action by February 27, 2026, if the agreed resolution is not consummated. Parties intending to preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: /s/ Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND